IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALYSSA PATTERSON and         )
GLENDA RYLAND,               )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:22cv554-MHT
                             )          (WO)
FLASH MARKET, LLC, and       )
PFMFC, INC.,                 )
                             )
    Defendants.              )
```

PARTIAL DISMISSAL ORDER

As plaintiff Alyssa Patterson indicates in her response brief (Doc. 24) that she does not oppose dismissal without prejudice, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant PFMFC, Inc.'s motion to dismiss plaintiff Patterson's claims (Doc. 17) is granted.

(2) Plaintiff Patterson's claims against defendant PFMFC, Inc. are dismissed without prejudice.  Her claims against defendant Flash Market, LLC remain pending.

This case is not closed, and no parties are terminated.

DONE, this the 1st day of March, 2023.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**