```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ALYSSA PATTERSON and        )
GLENDA RYLAND,              )
                            )
     Plaintiffs,            )
                            )      CIVIL ACTION NO.
     v.                     )       2:22cv554-MHT
                            )           (WO)
FLASH MARKET, LLC, and      )
PFMFC, INC.,                )
                            )
     Defendants.            )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of the proposed settlement, filed August 2, 2023 (Doc. 53) is granted and the settlement is approved.

(2) Pursuant to the settlement agreement documents, this lawsuit is dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of August, 2023.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE